321 So.2d 670
**In re SEABOARD COAST LINE RAILROAD CO.**

v.

**Jerome McDANIEL.**

**Ex parte Jerome McDANIEL.**

**SC 1476.**

Supreme Court of Alabama.

Nov. 6, 1975.

Rives, Peterson, Pettus, Conway & Burge, and Edgar M. Elliott and Thomas A. Carraway, Birmingham, for petitioner.

Cabaniss, Johnston, Gardner, Dumas & O'Neal, and Michael C. Quillen, Birmingham, for respondent.

JONES, Justice.

Petition of Jerome McDaniel for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Seaboard Coast Line Railroad Co., a Corp. v. McDaniel*, 56 Ala.App. 322, 321 So.2d 664.

Writ denied.

HEFLIN, C. J., and MERRILL, SHORES and EMBRY, JJ., concur.